IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

LOCAL UNION 775, et al.,

    Plaintiffs,

v.                                        CASE NO. 1:08-cv-00129-MP-AK

LAMSON & SESSIONS COMPANY,

    Defendant.

_____/

## O R D E R

This matter is before the Court on Doc. 6, Notice of Voluntary Dismissal, filed by Plaintiffs.  Pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure, a plaintiff may dismiss an action without order of court by filing a notice of dismissal at any time before service by the adverse party of an answer or a motion for summary judgment.  The requirements of the rule having been met, it is hereby

**ORDERED AND ADJUDGED:**

This action is DISMISSED without prejudice, and the Clerk is directed to close the file.

**DONE AND ORDERED** this   *13th*  day of November, 2008

                                      *s/Maurice M. Paul*
                            Maurice M. Paul, Senior District Judge